UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| EUGENE NOLAN, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 4:11-cv-5 |
| v. ) | |
| ) | Judge Mattice |
| COMMISSIONER OF SOCIAL SECURITY, ) | Magistrate Judge Lee |
| ) | |
| *Defendant.* ) | |
| ) | |

# ORDER

Before the Court is United States Magistrate Judge Susan K. Lee's Report and Recommendation (Doc. 33) concerning Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Doc. 29). The Motion was unopposed and no party has objected to the Magistrate Judge's Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). The Court agrees with the Magistrate Judge's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. 33). Plaintiff's Motion for Attorney's Fees (Doc. 29) is **GRANTED**. Plaintiff is awarded attorney's fees in the amount of **$3,940.20**.

This case shall remain closed.

**SO ORDERED** this 30th day of July, 2012.

                                                  */s/Harry S. Mattice, Jr.*
                                               HARRY S. MATTICE, JR.
                                               UNITED STATES DISTRICT JUDGE